## HOLLIDAY v. STATE.
No. 17926.

Court of Criminal Appeals of Texas.
Feb. 12, 1936.

Henderson & Hoyle, of Bryan, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of turkeys is the offense; penalty assessed at a fine of $50.

The indictment appears regular. The facts heard in the trial court are not brought forward for review. No error has been perceived or pointed out.

The judgment is affirmed.